IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 300 MR WCM

| | | |
|---|---|---|
| LEAH MORAN, individually and as executrix for the ESTATE OF HEATHER GRACE BOONE LEVITSKY<br><br>    Plaintiff,<br> v.<br><br>POLK COUNTY, POLK COUNTY SHERIFF'S DEPARTMENT, TRANSYLVANIA COUNTY, TRANSYLVANIA COUNTY DETENTION CENTER, DONALD HILL, in his official and individual capacities, JOSHUA J. KUJAWA, in his individual capacity, SHELLEY STROUP, in her individual capacity, KYLE PASSMORE, in his individual capacity, JERRY MANN, in his individual capacity, MYLES B. MCCRARY, in his individual capacity, ROBBIE WORTHY, in his individual capacity, DAVID A. MAHONEY, in his official and individual capacities, NICHOLE BLACKWELL, in her individual capacity, UNKNOWN JOHN DOE EMPLOYEE OF TRANSYLVANIA COUNTY, in his individual capacity, and UNKNOWN EMPLOYEES OF TRANSYLVANIA COUNTY DETENTION CENTER, in their individual capacities,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

1

This matter is before the Court on Defendant Donald Hill's Motion to Substitute (the "Motion to Substitute," Doc. 51).

Defendant represents that "on December 4, 2018, Timothy Wright became the new Sheriff of Polk County," Doc. 52, p. 2, and "requests that this Court substitute Timothy Wright as a Defendant for him since he is no longer the Sheriff of Polk County." Doc. 51. Defendant further represents that Plaintiff's counsel consents to the substitution. Doc. 51, p. 2. Plaintiff's only remaining claims against Donald Hill are asserted in his official capacity.[1]

For the reasons stated, and pursuant to Federal Rule of Civil Procedure 25(d), Defendant Donald Hill's Motion to Substitute (Doc. 51) is hereby **GRANTED.** The Clerk is respectfully directed to amend the docket to reflect this substitution.

Signed: May 28, 2020

W. Carleton Metcalf
United States Magistrate Judge

---

[1] On September 20, 2019, all claims against Donald Hill in his individual capacity were dismissed. Doc. 41. Plaintiff has filed a Motion for Leave to File a Second Amended Complaint which proposes only official capacity claims against Donald Hill. Doc. 48-1.