IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 300 MR WCM

| | |
|---|---|
| LEAH MORAN, individually and as executrix for the ESTATE OF HEATHER GRACE BOONE LEVITSKY<br><br>        Plaintiff,<br>v.<br><br>POLK COUNTY, POLK COUNTY SHERIFF'S DEPARTMENT, TRANSYLVANIA COUNTY, TRANSYLVANIA COUNTY DETENTION CENTER, DONALD HILL, in his official and individual capacities, JOSHUA J. KUJAWA, in his individual capacity, SHELLEY STROUP, in her individual capacity, KYLE PASSMORE, in his individual capacity, JERRY MANN, in his individual capacity, MYLES B. MCCRARY, in his individual capacity, ROBBIE WORTHY, in his individual capacity, DAVID A. MAHONEY, in his official and individual capacities, NICHOLE BLACKWELL, in her individual capacity, UNKNOWN JOHN DOE EMPLOYEE OF TRANSYLVANIA COUNTY, in his individual capacity, and UNKNOWN EMPLOYEES OF TRANSYLVANIA COUNTY DETENTION CENTER, in their individual capacities,<br><br>        Defendants. | ORDER |

This matter is before the Court on Plaintiff's Motion to Appoint Guardian Ad Litem for Approval of Minor Child Settlement (the "Motion," Doc. 60).

For the reasons stated in the Motion, and with the consent of Defendants, the Court finds that a Guardian Ad Litem should be appointed to represent the minor beneficiaries of the wrongful death settlement reached in this action, and that attorney Patrick Bryan may serve in this position.[1]

Accordingly, Plaintiff's Motion to Appoint Guardian Ad Litem for Approval of Minor Child Settlement (Doc. 60) is **GRANTED**, and the Court **APPOINTS** attorney Patrick Bryan to represent the minor beneficiaries of the Estate of Heather Grace Boone Levitsky.

Signed: November 20, 2020

W. Carleton Metcalf
United States Magistrate Judge

---

[1] This Order does not address the particulars of any compensation for Mr. Bryan, as that issue may be taken up more fully and appropriately when the proposed settlement is considered for approval.