THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00300-MR-WCM

| | |
|---|---|
| **LEAH MORAN, individually and as executrix for the Estate of Heather GRACE BOONE LEVITSKY,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | **O R D E R** |
| **POLK COUNTY, et al.,** ) ) | |
| **Defendants.** ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

This matter is currently scheduled for trial during the January 11, 2021 trial term. In August 2020, the parties advised the Court that they had reached a settlement of this matter. Because the beneficiaries of that settlement are minors, the parties' settlement agreement requires court approval. [See Doc. 56].

The Court held a hearing on the parties' motion to approve the settlement agreement on December 8, 2020. At that time, the Court determined that additional issues must be addressed before the settlement can be approved. Because it is unlikely that the Court can schedule another

hearing in this matter prior to the commencement of the January 2021 trial term, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that this matter is **CONTINUED** from the January 11, 2021 trial term and will be reset for trial, if necessary, at a later time.

**IT IS SO ORDERED.**

Signed: December 14, 2020

Martin Reidinger
Chief United States District Judge

2

Case 1:18-cv-00300-MR-WCM   Document 67   Filed 12/15/20   Page 2 of 2