# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00300-MR-WCM

| | |
|---|---|
| LEAH MORAN, individually and as executrix for the Estate of Heather GRACE BOONE LEVITSKY, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| POLK COUNTY, et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

In August 2020, the parties advised the Court that they had reached a settlement of this matter. Because the beneficiaries of that settlement are minors, the parties' settlement agreement requires court approval. Accordingly, the Plaintiff filed a consent motion seeking approval of the minor settlement. [See Doc. 56].

At a hearing on the Plaintiff's motion in December 2020, the Court determined that additional issues must be addressed before the settlement can be approved. The parties, however, did not take any further action with respect to the motion to approve the settlement. Therefore, on February 17,

2021, the Court denied the Plaintiff's motion without prejudice and set this matter for trial during the May 10, 2021 trial term. [Doc. 68]. To date, the Plaintiff has taken no further action in this matter.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall have thirty (30) days from the entry of this Order to refile a properly supported motion seeking approval of the minor settlement. Failure to do so within the time required may result in the dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Signed: April 1, 2021

Martin Reidinger
Chief United States District Judge

2

Case 1:18-cv-00300-MR-WCM   Document 69   Filed 04/01/21   Page 2 of 2