IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18 CV 300-MR-WCM

| | |
|---|---|
| LEAH MORAN, *as executrix for the* ESTATE OF HEATHER GRACE BOONE LEVITSKY, <br><br> *Plaintiff,* <br><br> v. <br><br> POLK COUNTY, TRANSYLVANIA COUNTY, POLK COUNTY SHERIFF'S OFFICE, TRANSYLVANIA COUNTY DETENTION CENTER, DAVID A. MAHONEY, JOSHUA J. KUJAWA, SHELLEY STROUP, KYLE PASSMORE, JERRY MANN, NICHOLE BLACKWELL, and ROBBIE WORTHY, <br><br> Defendants | Case No. 1:18 CV 300-MR-WCM <br><br><br><br> **RENEWED CONSENT MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT** |

### RENEWED CONSENT MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT

Now come the parties, pursuant to N.C.G.S. § 28A-13-3(a)(23) and renew their Motion to Approve a Wrongful Death Settlement reached in this action between the plaintiff and defendants. The settlement between these parties needs to be approved by the Court because two of the beneficiaries are minors.

In support of this motion, the parties have submitted an accompanying brief in support of the motion, a settlement and release of all claims, and letters of administration.

This the 30th day of April, 2021.

| | |
|---|---|
| s/Sean F. Perrin <br> N.C. Bar No. 22253 <br> Womble Bond Dickinson US LLP <br> 301 South College St., Suite 3500 <br> Charlotte, NC 28202 <br> Telephone: 704 331-4992 <br> Fascimile: 704 338-7814 <br> Email: sean.perrin@wbd-us.com <br> *Attorney for the Defendants* | s/Thomas P. Morris <br> NC Bar No. 53563 <br> King Law Offices, PLLC <br> 364 Butler Rd <br> Forest City, NC 28043 <br> 828-286-3332 <br> 828-286-1110 (Fax) <br> tmorris@kinglawoffices.com <br> *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2021 I electronically filed the foregoing with the clerk of Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system. I certify that all participants in the case are CM/ECF users and that service will be accomplished by the CM/ECF system.

/s Tom Morris
Tom Morris